**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **RENIER ARMAS GONZALEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:26-CV-00121-ADA-DNM** |
| | § | |
| **WARDEN OF LIMESTONE COUNTY** | § | |
| **DETENTION CENTER; GABRIEL** | § | |
| **MARTINEZ; KRISTI NOEM; and** | § | |
| **PAMELA JO BONDI** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER FOR SERVICE

Petitioner Renier Armas Gonzalez challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. (Dkt. No. 1). His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Armas Gonzalez seeks. 28 U.S.C. § 2243.

Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

It is further **ORDERED** that the Respondents shall show cause within three days of the entry this Order.

**SIGNED** this 2nd day of March, 2026.

_Dan N. Maclemore_
DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE